# United States District Court
## Violation Notice
(Rev. 1/2019)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS13 | 9553585 | C. AMARO | 1412 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 04/08/2021 1205 | TITLE 18 USC SECT 641 |

Place of Offense: NAVAL BASE SAN DIEGO
BLDG 3379 NEX HOME STORE

Offense Description: Factual Basis for Charge  HAZMAT ☐
TITLE 18 USC SECT 641
-SHOPLIFTING LARCENY PROPERTY
MORE THAN $500

### DEFENDANT INFORMATION

| Last Name | | |
|---|---|---|
| LITLAND | MONICA | D |

Street Address: [redacted]

**APPEARANCE IS REQUIRED**
A. ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B. ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 333 W BROADWAY
SAN DIEGO, CA
92101

Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: X M L

Original - CVB Copy

*9553585*

---

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

[blank lines]

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 02/10/2021 13:28
CVB SCAN 02/10/2021 13:28